IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

TIMOTHY DANIEL                                                    PLAINTIFF
#106694

v.                              No. 2:22-cv-238-DPM

ARKANSAS COUNTY DETENTION
CENTER; ARKANSAS DEPARTMENT
OF CORRECTIONS; and TYRAN
MCCRADIC, Jail Administrator, Arkansas
County Detention Center                                          DEFENDANTS

## ORDER

1.    The Court withdraws the reference.

2.    Daniel hasn't filed a second amended complaint;   and the
time to do so has passed.   *Doc. 7.*   His amended complaint will
therefore be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).   An
*in forma pauperis* appeal from this Order and accompanying Judgment
would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_12 April 2023_