IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TIMOTHY DANIEL**
**#106694**                                                                                   **PLAINTIFF**

v.                          No. 2:22-cv-238-DPM

**ARKANSAS COUNTY DETENTION**
**CENTER; ARKANSAS DEPARTMENT**
**OF CORRECTIONS; and TYRAN**
**MCCRADIC, Jail Administrator, Arkansas**
**County Detention Center**                                                **DEFENDANTS**

## JUDGMENT

Daniel's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2023